*Friday, June 18, 1999*

## MOTION DOCKET

**96–2853. State v. White.**
Summit C.P. No. CR96010059. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Summit County Common Pleas Court, and an appeal of the trial court's denial of the petition is now pending in the Summit County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

## MISCELLANEOUS DISMISSALS

**98–2406. Cuyahoga Child Support Enforcement Agency ex rel. Drews v. Ambrosi.**
Cuyahoga App. No. 73761. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due June 14, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–8. State v. Willis.**
Mahoning App. No. 95CA237. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due April 16, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–598. State ex rel. Forsyth v. Brigner.**
Montgomery App. No. 17547. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. On June 11, 1999, appellant filed a motion for oral argument that was due, under S.Ct.Prac.R. IX(2)(B), no later than June 2, 1999. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte,* that appellant's motion for oral argument be, and hereby is, stricken.